1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     VIRGIL DOUGLAS RANDALL,                     No.  2:15-cv-0012 KJN P

12                     Petitioner,

13          v.                                     ORDER and FINDINGS AND
                                                   RECOMMENDATIONS
14     UNKNOWN,

15                     Respondents.

16

17          By an order filed January 14, 2015, petitioner was ordered to file an in forma pauperis

18     affidavit or to pay the appropriate filing fee, within thirty days, or his application would be

19     dismissed.  The thirty day period has now expired, and petitioner has not responded to the court's

20     order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

21     Accordingly, IT IS HEREBY ORDERED that the Clerk assign a district judge to this case.

22          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

23          These findings and recommendations are submitted to the United States District Judge

24     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25     after being served with these findings and recommendations, petitioner may file written

26     objections with the court.  The document should be captioned "Objections to Magistrate Judge's

27     Findings and Recommendations."  Petitioner is advised that failure to file objections within the

28     /////

                                                   1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  Dated:  February 27, 2015

4

5  /rand0012.fpf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2